IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

RODERICK LEWIS,

    Plaintiff,

v.                                        Case No. 2:21-cv-2149-MSN-tmp

FREDERIC BLUMER, et al.,

    Defendants.

## JUDGMENT

**JUDGMENT BY COURT.** This action came before the Court on Plaintiff's Complaint (ECF No. 1), filed March 10, 2021,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Adopting Report and Recommendation and Order Dismissing Case, entered November 30, 2021, (ECF No. 27) settling this matter between the parties and dismissing all claims against Defendants with prejudice, all claims against Defendants are hereby **DISMISSED WITH PREJUDICE**.

APPROVED: *s/ Mark S. Norris*
                 MARK S. NORRIS
                 UNITED STATES DISTRICT JUDGE

DATE:      November 30, 2021